# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT LAW
Tel: 718 762 1324 johntroy@troypllc.com Fax: 718 762 1342
41-25 Kissena Blvd., Suite 103, Flushing, New York 11355

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/20

August 4, 2020

**MEMO ENDORSED**

*Via* **ECF**
Hon. Barbara Moses, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

> Application GRANTED. The telephonic status conference currently scheduled for August 11, 2020, at 10:00 a.m. is ADJOURNED to **August 11, 2020, at 12:30 p.m.** SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> August 4, 2020

**Re: Letter Motion Requesting to Reschedule the Status Conference Scheduled for August 11, 2020 at 10:00 a.m. to any time after 12:00 p.m. on the Same Day.**
1:19-cv-11924-JPO-BCM *Du v. Dingxiang Inc et al*

Your Honor,

    We represent the Plaintiff in the above-mentioned case. We write with the consent of Defendants to respectfully request the Court to reschedule the telephone status conference currently scheduled to be held on August 11, 2020 at 10:00 a.m. to <u>any time after</u> 12:00 p.m. on the same day (August 11, 2020) or <u>alternatively proposes</u> August 10, 2020, August 13, 2020 and August 14, 2020 to adjourn the telephone conference. This is Plaintiff's first request to reschedule and granting such request will not prejudice any party.

    On July 22, 2020, due to the scheduling conflict of the Court, Your Honor rescheduled the status conference from July 28, 2020 at 10:00 a.m. to August 11, 2020 at 10:00 a.m. *See* Dkt. No. 32. However, Plaintiff's counsel is experiencing a scheduling conflict due to his required appearance at the same time in the matter of *Li v. Spa Nail 9, Inc. et al.*, 1:19-cv-00873-TJM-CFH (N.Y.N.D. 2019) and would not be able to attend the telephone status conference scheduled in the above referenced matter for August 11, 2020 at 10:00 a.m. As such, Plaintiffs respectfully requests to reschedule the conference from 10:00 a.m. to any time after 12:00 p.m. on the same day or alternatively proposes August 10, 2020, August 13, 2020 and August 14, 2020 for Your Honor's consideration.

    For all the foregoing reasons, Plaintiff's respectfully requests to adjourn the telephone conference currently scheduled for August 11, 2020 at 10:00 a.m. to any time after 12:00 p.m. on the same day or <u>alternatively proposes</u> to adjourn the telephone conference for August 10, 2020, August 13, 2020 and August 14, 2020 for Your Honor's consideration.

    We thank this Court for its time and consideration in this matter and respectfully apologizes for any inconveniences caused to this Court.

Respectfully submitted,

/s/ John Troy
John Troy
*Attorney for Plaintiffs*

Cc: all Counsel of Record via Ecf
/pk