

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEI RONG DU *on her own behalf and on behalf of others similarly situated*,

            Plaintiff,

-against-

DINGXIANG INC *doing business as* BIRDS OF A FEATHER, CAFE CHINA GROUP LLC *doing business as* CHINA BLUE, SHANZHA INC *doing business as* CAFE CHINA, YIMING WANG, XIAN ZHANG, and RUI GANG WANG,

            Defendants.

19-CV-11924 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the August 11, 2020 status conference, it is hereby ORDERED that:

1. No later than **August 14, 2020**, plaintiff shall submit an amended translator's certificate to replace the certificate submitted together with plaintiff's affidavit in support of her motion for conditional certification. (Dkt. No. 23-4.) The amended certificate shall state: (1) the language in which plaintiff's affidavit was received by the translator, (2) the language into which the affidavit was translated, (3) whether that language is the plaintiff's native language (and, if so, the basis for the translator's knowledge), and (4) the manner in which the translation was provided to the plaintiff (*e.g.*, orally during a telephone or video conference, in writing via email, in writing through counsel, etc.).

2. Judge Moses will conduct a further telephonic status conference on **September 23, 2020, at 10:00 a.m.** At that time, the parties shall call (888) 557-8511 and enter the access code 7746387. No later than **September 18, 2020**, the parties shall submit a joint letter advising the Court on the progress of discovery, including whether there are any disputes for the Court's resolution.

Dated: New York, New York
       August 12, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**