

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEI RONG DU *on her own behalf and on behalf of others similarly situated*,

        Plaintiff,

-against-

DINGXIANG INC *doing business as* BIRDS OF A FEATHER, CAFE CHINA GROUP LLC *doing business as* CHINA BLUE, SHANZHA INC *doing business as* CAFE CHINA, YIMING WANG, XIAN ZHANG, and RUI GANG WANG,

        Defendants.

19-CV-11924 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated on the record during today's telephonic status conference, it is hereby ORDERED that:

1. The deadline to complete depositions is EXTENDED to October 27, 2020, for the limited purpose of conducting the depositions of plaintiff and Mr. Lu (head chef at Birds of a Feather).

2. No later than **November 3, 2020**, the parties each shall file a letter, no longer than four pages, updating the Court as to any evidence learned during the discovery period that bears on plaintiff's pending collective certification motion. The parties may attach to their letters the relevant portions of the discovery record (*e.g.*, excerpts of deposition transcripts).

3. The Court will conduct a further telephonic status conference on **November 10, 2020, at 10:00 a.m.** At that time, the parties shall call (888) 557-8511 and enter the access code 7746387.

Dated: New York, New York
       September 23, 2020

**SO ORDERED**.

_____

**BARBARA MOSES**
**United States Magistrate Judge**