

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEI RONG DU *on her own behalf and on behalf of others similarly situated*,

                  Plaintiff,

-against-

DINGXIANG INC *doing business as* BIRDS OF A FEATHER, CAFE CHINA GROUP LLC *doing business as* CHINA BLUE, SHANZHA INC *doing business as* CAFE CHINA, YIMING WANG, XIAN ZHANG, and RUI GANG WANG,

                  Defendants.

---

19-CV-11924 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

       The Court conducted a telephonic status conference on November 10, 2020. The Court hereby ADJOURNS *sine die* the deadline to file motions for summary judgment until such time as the Court issues a decision on the pending motion for conditional collective certification, at which point a new summary judgment schedule will be set.

Dated:  New York, New York
       November 16, 2020

                      **SO ORDERED**.

                      _____
                      **BARBARA MOSES**
                      **United States Magistrate Judge**