

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEI RONG DU, *on her own behalf and on behalf of others similarly situated*,

        Plaintiff,

-against-

DINGXIANG INC. *doing business as* BIRDS OF A FEATHER, CAFÉ CHINA GROUP LLC *doing business as* CHINA BLUE, SHANZHA INC *doing business as* CAFÉ CHINA, YIMING WANG, XIAN ZHANG, and RUI GANG WANG,

        Defendants.

19-CV-11924 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On December 17, 2020, defendants were ordered to produce, no later than January 15, 2021: "a spreadsheet, in excel if possible, containing the names, last known mailing addresses, last known telephone numbers, last known email addresses, last known WhatsApp, WeChat and/or Facebook usernames, dates of employment, and positions of all Kitchen and Pastry Workers employed at Birds of a Feather on or after December 30, 2016[.]" (Dkt. No. 44 at 27.) By letter-motion dated February 9, 2021 (Dkt. No. 50), plaintiff complains that the various iterations of the required list produced thus far are deficient in numerous respects. Utilizing the most recent list of potential opt-in plaintiffs, plaintiff may transmit the Notice and Consent form on or after **February 12, 2021**, as recently authorized by this Court. (Dkt. No. 49.)

Defendants shall have until **February 17, 2021**, to further modify its list so as to comply with this Court's December 17 Order, at which point plaintiff may transmit the Notice and Consent form to any newly-identified addresses (without changing the specified opt-in deadline).

If and to the extent defendants are unable to provide both (a) a valid mailing address, and (b) at least one form of electronic address (e.g., email address, cellphone number, or social media username) for each employee within the scope of the potential collective, defendants shall also serve an affidavit or declaration, on personal knowledge and under penalty of perjury, explaining, as to each such employee, why defendants cannot provide that information.

The Clerk of Court is respectfully directed to close the letter-motion at Dkt. No. 50.

Dated: New York, New York
       February 11, 2021

**SO ORDERED**.

_____

**BARBARA MOSES**
**United States Magistrate Judge**