USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEI RONG DU,

    Plaintiff,

 -against-

DINGXIANG INC., et al.,

    Defendants.

19-CV-11924 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

  On December 17, 2020, the Court granted, in part, plaintiff's motion to conditionally certify a collective pursuant to 29 U.S.C. § 216(b). (Dkt. No. 44.) On January 28, 2021, the Court approved a form of Notice to be sent to the potential collective members, giving them 90 days (from the mailing of the Notice) to opt in. (Dkt. No. 49.) On February 11, 2021, the Court resolved a dispute among the parties concerning defendants' production of contact information for the potential collective members. (Dkt. No. 51.) Since then, more than seven months have elapsed, but no opt-in notices have been filed and there has been no other activity on the docket (apart from a notice of appearance by a new attorney for defendants). It thus appears that this action remains a single-plaintiff case, as to which discovery has been concluded.

  It is hereby ORDERED that motions for summary judgment, if any, shall be filed no later than **November 22, 2021**. Summary judgment motion papers shall conform to the individual practices of the district judge.

  It is further ORDERED that, if there are no summary judgment motions, the parties' proposed joint pretrial order shall be filed no later than **November 22, 2021**. The proposed joint pretrial order shall conform to the individual practices of the district judge.

Dated: New York, New York
       October 21, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

2