UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEI RONG DU,

                Plaintiff,

-v-

DINGXIANG INC., *et al.*,

                Defendants.

19-CV-11924 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The jury trial previously scheduled to begin on June 6, 2022, is adjourned to September 26, 2022, with jury selection to begin at 9:30 a.m. The trial will be held in Courtroom 706 at 40 Foley Square, New York, NY. A final pre-trial conference will be held on September 16, 2022, at 11:00 a.m., also in Courtroom 706 at 40 Foley Square. Motions *in limine* are due on September 2, 2022. Responses to motions *in limine*, requests for voir dire, and requests to charge are due on September 9, 2022.

    SO ORDERED.

Dated: May 20, 2022
       New York, New York

                                          _____
                                              J. PAUL OETKEN
                                           United States District Judge